E-filing

ORIGINAL

FILE BY FAX

⬞ AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT

for the

## NORTHERN DISTRICT OF CALIFORNIA

SIDNEY SCHOLL,

)
)
)
)

Plaintiff

)

v.

)

Civil Action No.

WASHINGTON MUTUAL BANK, FA., (a/k/a
Washington Mutual Bank); a Washington
corporation; JERRY GILL; (SEE
ATTACHMENT A)

)
)
)
)
)

**C08-03977**

ADR    JCS

Defendant

)

### Summons in a Civil Action

To: *ABOVE NAMED DEFENDANTS IN CAPTION*

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel: (310) 442-7755
Fax: (310) 442-7756
E-mail: service@braunlawgroup.com

(SEE ATTACHMENT B)

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  AUG 2 0 2008

**CYNTHIA LENAHAN**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

## ATTACHMENT A TO SUMMONS

CHARLES BOWLING; MARK D. ROHDE; Mark IV APPRAISALS, INC., an Oklahoma corporation; TURN-KEY APPRAISAL SERVICES, LLC, an Oklahoma limited liability corporation; and ROHDE APPRISAL SERVICES,

Defendants.

## ATTACHMENT B TO SUMMONS

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:     (310) 392-8801
Fax:     (310) 278-5938
E-mail: jlspielberg@jlslp.com

Joseph N. Kravec, Jr.
*(to be admitted Pro Hac Vice)*
*Wyatt A. Lison*
*(to be admitted Pro Hac Vice)*
SPECTER SPECTER EVANS
   & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:     (412) 642-2300
Fax:     (412) 642-2309
E-mail: jnk@ssem.com

*Attorneys for Plaintiff*