Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
  LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel:  (310) 392-8801
Fax:  (310) 278-5938
E-mail: jlspielberg@jlslp.com

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:  (310) 442-7755
Fax:  (310) 442-7756
E-mail: service@braunlawgroup.com

Joseph N. Kravec, Jr.
*(to be admitted Pro Hac Vice)*
Wyatt A. Lison *(to be admitted Pro Hac Vice)*
SPECTER SPECTER EVANS
  & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel:  (412) 642-2300
Fax:  (412) 642-2309
E-mail: jnk@ssem.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY SCHOLL,<br><br>              Plaintiff,<br><br>       v.<br><br>WASHINGTON MUTUAL BANK, FA., (a/k/a Washington Mutual Bank), a Washington corporation; JERRY GILL; CHARLES BOWLING; MARK D. ROHDE; MARK IV APPRAISALS, INC., an Oklahoma corporation; TURN-KEY APPRAISAL SERVICES, LLC an Oklahoma corporation; and ROHDE APPRISAL SERVICES,<br><br>              Defendants. | CASE NO:<br><br>C08-03977 JCS<br><br>PLAINTIFF SIDNEY SCHOLL'S AFFIDAVIT OF VENUE PURSUANT TO CIVIL CODE §1780(c) |

1  I, Sidney Scholl, submit this affidavit pursuant to § 1780(c) of the Consumers Legal Remedies
2  Act and declare the following:
3  I am a citizen of the State of California, residing in Sonoma County, California.
4  In September, 2005, I entered into a mortgage loan with Washington Mutual's offices in
5  Sonoma, California, for the property located at 16424 Ernest Court, Edmond, Oklahoma, which is one
6  of the properties subject to this action. As part of my mortgage application, Jerry Gill and Mark IV
7  Appraisals, Inc. were hired by Washington Mutual's Sonoma, California offices to perform an appraisal
8  on this property for me and to provide a copy of the appraisal report to me in Sonoma, California. The
9  appraisal report was delivered to me in Sonoma, California, and I relied on it in deciding to purchase the
10 above-mentioned property and in entering into the mortgage loan with Washington Mutual which I
11 executed at its Sonoma, California offices.
12 In October, 2005, I entered into a mortgage loan with Washington Mutual's offices in Sonoma,
13 California, for the property located at 1009 W.B. Meyer Parkway, Edmond, Oklahoma, which is one
14 of the properties subject to this action. As part of my mortgage application, Jerry Gill and Mark IV
15 Appraisals, Inc. were hired by Washington Mutual's Sonoma, California offices to perform an appraisal
16 on this property for me and to provide a copy of the appraisal report to me in Sonoma, California. The
17 appraisal report was delivered to me in Sonoma, California, and I relied on it in deciding to purchase the
18 above-mentioned property and in entering into the mortgage loan with Washington Mutual which I
19 executed at its Sonoma, California offices.
20 In December, 2005, I entered into a mortgage loan with Washington Mutual's offices in Sonoma,
21 California, for the property located at 2032 Wimberley Creek Drive, Moore, Oklahoma, which is one
22 of the properties subject to this action. As part of my mortgage application, Charles Bowling and Turn-
23 Key Appraisal Services, LLC were hired by Washington Mutual's Sonoma, California offices to perform
24 an appraisal for me on this property, and to provide a copy of the appraisal to me in Sonoma, California.
25 The appraisal report was delivered to me in Sonoma, California, and I relied on it in deciding to purchase
26 the above-mentioned property and in entering into the mortgage loan with Washington Mutual which
27 I executed at its Sonoma, California offices.
28 In January, 2006, I entered into a mortgage loan with Washington Mutual's offices in Sonoma,

2

1  California, for the property located at 110 Yale Loop, Mooresville, North Carolina, which is one of the
2  properties subject to this action. As part of my mortgage application, Mark D. Rohde and Rohde
3  Appraisal Services were hired by Washington Mutual's Sonoma, California offices to perform an
4  appraisal for me on this property, and to provide a copy of the appraisal to me in Sonoma, California.
5  The appraisal report was delivered to me in Sonoma, California, and I relied on it in deciding to purchase
6  the above-mentioned property and in entering into the mortgage loan with Washington Mutual which
7  I executed at its Sonoma, California offices.
8      I hereby declare under penalty of perjury under the laws of the State of California that the
9  forgoing is true and correct.
10  Executed this 14th day of July, 2008, at _____Sonoma_____, California.

_____
Sidney Scholl

— See Attached —

PLAINTIFF SIDNEY SCHOLL'S AFFIDAVIT OF VENUE PURSUANT TO CIVIL CODE §1780(d)

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], not Notary)

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California
County of ____Sonoma____

Subscribed and sworn to (or affirmed) before me on this
____14th____ day of ____July____, 20_08_, by
(1) ____Sidney Scholl____,
           Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and
(2) _____,
           Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
            Signature of Notary Public

[Notary Seal: JEREMY TAYSON, COMM. #1789581, NOTARY PUBLIC - CALIFORNIA, SONOMA COUNTY, My Comm. Expires Jan. 25, 2012]

Place Notary Seal Above

——————————— **OPTIONAL** ———————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association• 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827