| | |
|---|---|
| 1 | Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)* |
|   | SPECTER SPECTER EVANS |
| 2 |   & MANOGUE, P.C. |
|   | The 26th Floor Koppers Building |
| 3 | Pittsburgh, Pennsylvania 15219 |
|   | Tel:   (412) 642-2300 |
| 4 | Fax:  (412) 642-2309 |
|   | E-mail: jnk@ssem.com |
| 5 | |
| 6 | Michael D. Braun (167416) |
|   | BRAUN LAW GROUP, P.C. |
|   | 12304 Santa Monica Blvd., Suite 109 |
| 7 | Los Angeles, CA 90025 |
|   | Tel:   (310) 442-7755 |
| 8 | Fax:  (310) 442-7756 |
|   | E-mail: service@braunlawgroup.com |
| 9 | |
| 10 | Janet Lindner Spielberg (221926) |
|    | LAW OFFICES OF JANET |
|    | LINDNER SPIELBERG |
| 11 | 12400 Wilshire Blvd., Suite 400 |
|    | Los Angeles, CA 90025 |
| 12 | Tel:   (310) 392-8801 |
|    | Fax:  (310) 278-5938 |
| 13 | E-mail: jlspielberg@jlslp.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY SCHOLL, | CASE NO. C08-03977 JCS |
|     Plaintiff, | |
| v. | PROOF OF SERVICE OF SUMMONS AND COMPLAINT |
| WASHINGTON MUTUAL BANK, FA (aka Washington Mutual Bank), a Washington corporation; JERRY GILL; CHARLES BOWLING; MARK D. ROHDE; Mark IV APPRAISALS, INC., an Oklahoma corporation; TURN-KEY APPRAISAL SERVICES, LLC., an Oklahoma limited liability corporation; and ROHDE APPRAISAL SERVICES, | |
|     Defendants. | |

1  TO THE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

2  Plaintiff Sidney Scholl submits, as Exhibit A, the Proofs of Service of Summons and

3  Complaint on the following defendants:

4      Washington Mutual Bank

5      Jerry Gill

6      Mark IV Appraisals, Inc.

7

8  DATED: November 10, 2008     Michael D. Braun
    BRAUN LAW GROUP, P.C.

By _____
Michael D. Braun
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel: (310) 442-7755
Fax: (310) 442-7756

Joseph N. Kravec, Jr. *(Admitted Pro Hac Vice)*
SPECTER SPECTER EVANS
  & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Tel: (412) 642-2300
Fax: (412) 642-2309

Janet Lindner Spielberg
LAW OFFICES OF JANET LINDNER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel: (310) 392-8801
Fax: (310) 278-5938

*Attorneys for Plaintiffs*

**EXHIBIT A**





Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0001 2143 2114**
Status: **Delivered**

Your item was delivered at 8:04 AM on October 21, 2008 in SEATTLE, WA 98111.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0001 2143 2114
Detailed Results:

- Delivered, October 21, 2008, 8:04 am, SEATTLE, WA 98111
- Arrival at Unit, October 20, 2008, 11:59 am, SEATTLE, WA 98101
- Processed, October 18, 2008, 8:58 pm, FEDERAL WAY, WA 98003
- Acceptance, October 17, 2008, 11:45 am, LOS ANGELES, CA 90025

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OKLAHOMA CITY OK 73112

| | | |
|---|---|---|
| Postage | $ | $9.55 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $14.45 |

7007 0220 0000 4580 8061

Sent To: **JERRY GILL**
Street, or PO Box: 3609 N.W. 43rd
City, State: Oklahoma City, OK 73112

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JERRY GILL
   3609 N.W. 43rd
   Oklahoma City, OK 73112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  10-20-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0000 4580 8061

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540





**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

OKLAHOMA CITY OK 73112

| | |
|---|---|
| Postage | $ |
| Certified Fee | $9.55 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $2.20 |
| | $0.00 |
| Total Postage & Fees | $ $14.45  10/17/2008 |

Postmark Here — OCT 17 2008 — USPS 90025

Sent To: MARK IV APPRAISALS, INC.
Street or PO Box: 4216 No. Portland Ave., Suite 103
City: Oklahoma City, OK 73112

Article number: 7007 0220 0000 4580 8054

PS Form 3600, August 2006  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MARK IV APPRAISALS, INC.
   4216 No. Portland Ave., Suite 103
   Oklahoma City, OK 73112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 10-20-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0000 4580 8054

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0000 4580 8054**
Status: **Delivered**

Your item was delivered at 2:51 PM on October 20, 2008 in OKLAHOMA CITY, OK 73112.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

