Stephen M. Rummage, (*Pro hac vice to be filed*)
Jonathan M. Lloyd, (*Pro hac vice to be filed*)
Sam N. Dawood (Cal. Bar No. 178862)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599
Email: steverummage@dwt.com
         samdawood@dwt.com
         jonathanlloyd@dwt.com

Attorneys for the Federal Deposit Insurance Corporation,
as Receiver for Defendant Washington Mutual Bank

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE

| | |
|---|---|
| SIDNEY SCHOLL,<br><br>        Plaintiff,<br><br>        v.<br><br>WASHINGTON MUTUAL BANK, FA (aka Washington Mutual Bank), a Washington corporation; JERRY GILL; CHARLES BOWLING; MARK D. ROHDE; MARK IV APPRAISALS, INC., an Oklahoma corporation; TURN-KEY APPRAISAL SERVICES, LLC, an Oklahoma limited liability corporation; and ROHDE APPRAISAL SERVICES,<br><br>        Defendants. | Case No. 5:08-cv-03977 (JCS)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, AS REAL PARTY IN INTEREST** |

      This stipulation is entered into by and among the Federal Deposit Insurance Corporation ("FDIC"), as the duly appointed Receiver for defendant Washington Mutual Bank ("WMB"), defendant Jerry Gill ("Gill"), defendant Mark IV Appraisals, Inc. ("Mark IV") and plaintiff Sidney Scholl ("Plaintiff"), as follows:

      WHEREAS, on September 25, 2008, the Office of Thrift Supervision ("OTS") closed WMB;

WHEREAS, pursuant to Section 1821(c) of the Federal Deposit Insurance Act (the "Act"), 12 U.S.C. § 1821(c), the OTS duly appointed the FDIC as Receiver for WMB;

WHEREAS, under Section 1821(d)(2) of the Act, as Receiver, the FDIC succeeds to "all rights, titles, powers, and privileges" of WMB.

WHEREAS, the FDIC allocated WMB's assets and liabilities pursuant to a Purchase & Assumption Agreement (the "P&A Agreement"), dated September 25, 2008, among the FDIC acting in its corporate capacity, the FDIC acting as the duly appointed Receiver for defendant WMB, and JPMorgan Chase Bank, N.A. ("Chase"). The P & A Agreement transfers to Chase "all right, title, and interest of the Receiver in and to all of the assets" of WMB, specifically including "all mortgage servicing rights and obligations." The FDIC-Receiver retained "any liability associated with borrower claims for payment or any liability to any borrower for monetary relief, or that provide for any other form of relief to any borrower…related in any way to any loan or commitment to lend made by [WMB] prior to failure…or otherwise arising in connection with [WMB's] lending or loan purchase activities";

WHEREAS, the FDIC, as Receiver for WMB, has stepped into WMB's shoes for the purposes of this litigation and is the real party in interest;

WHEREAS, pursuant to Federal Rule of Civil Procedure 25(c), where the interests of a litigant have been transferred to another entity, "the court … [may] order[] the transferee to be substituted in the action";

WHEREAS, none of Plaintiff, Gill and Mark IV have any objection to the substitution of the FDIC, as Receiver for WMB, as the real party in interest; and

WHEREAS, none of defendants Charles Bowling, Mark D. Rohde, Turn-Key Appraisal Services, and Rohde Appraisal Services have yet been served with the complaint in this lawsuit.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by the parties, through their respective counsel of record, that the FDIC, as Receiver, shall be substituted for WMB as the real party in interest, and that the case shall be re-captioned to reflect that substitution.

DAVIS WRIGHT TREMAINE LLP

Dated: November 18, 2008

By  */s/ Sam. N. Dawood*
Stephen M. Rummage, (*Pro hac vice to be filed*)
Jonathan M. Lloyd, (*Pro hac vice to be filed*)
Sam N. Dawood (Cal. Bar No. 178862)
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Tel: (415) 276-6500
Fax: (415) 276-6599
samdawood@dwt.com

Attorneys for the Federal Deposit Insurance
Corporation, as Receiver for Washington Mutual Bank

BRAUN LAW GROUP, P.C.

Dated: November 18, 2008

By  */s/ Michael D. Braun*
Michael D. Braun (Cal. Bar No. 167416)
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel: (310) 442-7755
Fax: (310) 442-7756
service@braunlawgroup.com

Attorneys for Plaintiffs

PHILLIPS, SPALLAS & ANGSTADT, LLP

Dated: November 18, 2008

By  */s/ Robert Kirk Phillips*
Robert Kirk Phillips (Cal. Bar No. 135088)
650 California Street, 10th Floor
San Francisco, CA 94108
Tel: (415) 278-9400
Fax: (415) 278-9411
rphillips@psalaw.net

Attorneys for Defendants Jerry Gill and Mark IV
Appraisals, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

**[~~PROPOSED~~] ORDER**

     This matter having come before the Court by stipulation of the Parties, and the Court being fully advised in the premises,

     **IT IS HEREBY ORDERED THAT** the Federal Deposit Insurance Corporation, as Receiver, shall be and hereby is substituted for Washington Mutual Bank as the real party in interest, and that this case be re-captioned to reflect that substitution.

Dated:    12/1/08
     _____



Ho_____
Uni_____dge\_\_\_\_

---

STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE
FDIC FOR WMB AS REAL PARTY IN INTEREST
Case No. 5:08-cv-03977 (JCS)

DWT 12121418v2 0013149-000099

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 18, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

> Janet Lindner Spielberg - jlspielberg@jlslp.com
> Michael David Braun - service@braunlawgroup.com
> Robert Kirk Phillips – rphillips@psalaw.net

DATED this 18th day of November, 2008.

> Davis Wright Tremaine LLP
> Attorneys for the Federal Deposit Insurance
> Corporation, as Receiver for Washington Mutual
> Bank
>
> By */s/ Sam N. Dawood*
> Sam N. Dawood, (Cal. Bar No. 178862)

DAVIS WRIGHT TREMAINE LLP

STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE
FDIC FOR WMB AS REAL PARTY IN INTEREST
Case No. 5:08-cv-03977 (JCS)

DWT 12121418v2 0013149-000099