Michael D. Braun (167416)
service@braunlawgroup.com
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:  (310) 442-7755
Fax:  (310) 442-7756

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY SCHOLL,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION (receiver for and substituting for WASHINGTON MUTUAL BANK, FA., (a/k/a Washington Mutual Bank), a Washington corporation); JERRY GILL; CHARLES BOWLING; MARK D. ROHDE; Mark IV APPRAISALS, INC., an Oklahoma corporation; TURN-KEY APPRAISAL SERVICES, LLC, an Oklahoma limited liability corporation; and ROHDE APPRISAL SERVICES,<br><br>  Defendants. | CASE NO. CV-08-03977 SC<br><br>(~~PROPOSED~~) ORDER RE JOINT STIPULATION RE NOTICE OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT AND MOTION TO DISMISS<br><br><u>DEMAND FOR JURY TRIAL</u> |

**PURSUANT TO STIPULATION, IT IS ORDERED:**

1. Defendants Mark D. Rohde's and Rohde Appraisal Services' Notice of Motion to Quash Service of Summons and Complaint and Motion to Dismiss is adjourned and rescheduled for April 17, 2009, at 10:00 am.

2. This stipulation does not prejudice or otherwise affect any party's right to seek or oppose any additional relief from the Court.

DATED: January 23, 2009 .



The Honorable Samuel Conti
United States District Judge

IT IS SO ORDERED