United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY SCHOLL, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for WASHINGTON MUTUAL BANK, FA, (a/k/a Washington Mutual Bank) a Washington corporation; JERRY GILL; CHARLES BOWLING, MARK D. ROHDE; MARK IV APPRAISALS, INC., an Oklahoma corporation; TURN-KEY APPRAISAL SERVICES, LLC, an Oklahoma limited liability corporation; and ROHDE APPRAISAL SERVICES, <br><br> Defendants. | No. 08-3977 SC <br><br> ORDER CONTINUING HEARING FOR DEFENDANTS' MOTION TO QUASH SERVICE AND <u>MOTION TO DISMISS</u> |

On January 23, 2009, the Court scheduled a hearing on April 17, 2009, for the Motion to Quash Service of Summons and Complaint and Motion to Dismiss of Defendants Mark D. Rohde and Rohde Appraisal Services ("Motion to Quash Service"). <u>See</u> Docket No. 29. The Motion to Dismiss filed by Defendants Mark IV Appraisals, Inc., and Jerry Gill is also scheduled for a hearing on April 17, 2009 ("Motion to Dismiss"). <u>See</u> Docket No. 28. On March 31, 2009, the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, filed a Motion for Stay Pending Exhaustion

of Mandatory Administrative Claims Process ("Motion for Stay"). See Docket No. 34. The Motion for Stay is scheduled for a hearing on May 29, 2009. See id. In the interests of judicial economy, the Court hereby CONTINUES the hearing for the Motion to Quash Service and the Motion to Dismiss. The hearing for these motions is adjourned and rescheduled for May 29, 2009, at 10:00 a.m.

The Court notes that Plaintiff Sidney Scholl filed a timely Opposition to the Motion to Quash Service on March 27, 2009. See Docket No. 33. Plaintiff Sidney Scholl's Opposition to the Motion to Dismiss was filed two days late on March 31, 2009. See Docket No. 35. The Reply of Defendants Mark D. Rohde and Rohde Appraisal Services to the Opposition to the Motion to Quash Service is due on April 3, 2009, and the Reply of Defendants Mark IV Appraisals, Inc., and Jerry Gill to the Opposition to the Motion to Dismiss is due on April 7, 2009.

IT IS SO ORDERED.

Dated: April 2, 2009

UNITED STATES DISTRICT JUDGE