Sam N. Dawood, Esq. (SBN 178862)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel.: (415) 276-6500
Fax: (415) 276-6599

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
WASHINGTON MUTUAL BANK, FA.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY SCHOLL,<br><br>    Plaintiff<br>v.<br><br>WASHINGTON MUTUAL BANK, FA., (a/k/a Washington Mutual Bank), a Washington corporation, JERRY GILL; CHARLES BOWLING; MARK D. ROHDE; Mark IV APPRAISALS INC., an Oklahoma corporation; TURN-KEY APPRAISAL SERVICES, LLC, an Oklahoma limited liability corporation; and ROHDE APPRISAL SERVICES,<br><br>    Defendants. | Case No.: C08-03977-SC<br><br>(Assigned for all purposes to Hon. Samuel Conti, Courtroom 1, 17th Floor)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO** |

Defendant FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, FA. ("FDIC"), hereby requests the Court to approve the substitution of S. D. Narayan, Esq., of THE NARAYAN LAW FIRM as its attorney of record in place and stead of Sam N. Dawood, Esq., of Davis Wright Tremaine LLP.

FDIC consents to this substitution.

DATE: December 9, 2009

Federal Deposit Insurance Corporation,
as receiver for Washington Mutual Bank, FA

/s/ Jane Orenstein
Title: Counsel
Requesting Party

|   |   |
|---|---|
| 1 | Davis Wright Tremaine LLP, as the counsel substituting out, consents to this |
| 2 | substitution. |

3  DATE: December 9, 2009                    Davis Wright Tremaine LLP

/s/Sam N. Dawood
Sam N. Dawood, Esq.
Present Attorney for FDIC, as receiver
for Washington Mutual Bank, FA

The Narayan Law Firm, as the counsel substituting in, consents to this substitution. Attorney, S. D. Narayan, (SBN: 130964) of The Narayan Law Firm will be the new attorney of record for FDIC. Ms. Narayan's contact information is as follows: 2040 Pioneer Court, Second Floor, San Mateo, California 94403, sandy@narayanlaw.com, telephone (650) 403-0150, and facsimile (650) 403-0157.

DATE: December 9, 2009                    THE NARAYAN LAW FIRM

/s/ S. D. Narayan
S. D. Narayan, Esq.
New attorney for Defendant Federal
Deposit Insurance Company, as receiver
for Washington Mutual Bank, FA

### ORDER

The Court hereby orders that the request of Defendant FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, FA., ("FDIC") to substitute S. D. Narayan of The Narayan Law Firm as attorney of record in place of and stead of Sam N. Dawood, Esq., of Davis Wright Tremaine LLP is hereby **GRANTED**.

DATE: 12/15/09                    By: _____
                                  Hon. _____
                                  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

2
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO