Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
10680 West Pico Boulevard, Suite 280
Los Angeles, CA  90064
Tel:  (310) 836-6000
Fax:  (310) 836 6010
E-mail:  service@braunlawgroup.com

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
  LINDNER SPIELBERG
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA  90025
Tel:  (310) 392-8801
Fax:  (310) 278-5938
Email:  jlspielberg@jlslp.com

Joseph N. Kravec, Jr. (to be admitted *pro hac vice*)
STEMBER FEINSTEIN DOYLE PAYNE
  & CORDES, LLP
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219
Tel:  (412) 281-8400
Fax:  (412) 281-1007
Email:  jkravec@stemberfeinstein.com

***ATTORNEYS FOR PLAINTIFF***

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIDNEY SCHOLL, | **Civil Action Case No.  C08-03977 (SC)** |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| FEDERAL DEPOSIT INSURANCE CORPORATION (receiver for and substituting for WASHINGTON MUTUAL BANK, FA., a/k/a Washington Mutual Bank), a Washington corporation); JERRY GILL; CHARLES BOWLING; MARK D. ROHDE; Mark IV APPRAISALS, INC., an Oklahoma Corporation; TURN-KEY APPRAISAL SERVICES, LLC, an Oklahoma limited Liability corporation; and ROHDE APPRAISAL SERVICES, | **Judge:  Hon. Samuel Conti** |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN, that Plaintiff hereby voluntarily dismisses, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), all claims against Defendant, Washington Mutual Bank, FA (a/k/a Washington Mutual Bank), with prejudice; and

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby files this notice of dismissal before Defendant, Washington Mutual Bank, FA (a/k/a Washington Mutual Bank) has served either an answer or a motion for summary judgment.

Dated: June 30, 2010

By: _____/s/_____
Michael D. Braun

**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, CA  90064
Telephone:  (310) 836-6000
Facsimile:  (310) 836-6010
Email:  service@braunlawgroup.com

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
  LINDNER SPIELBERG
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA  90025
Telephone:  (310) 392-8801
Facsimile:  (310) 278-5938
Email:  jlspielberg@jlslp.com

Joseph N. Kravec, Jr.
(to be admitted *pro hac vice*)
STEMBER FEINSTEIN DOYLE PAYNE
  & CORDES, LLP
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone:  (412) 281-8400
Facsimile:  (412) 281-1007
Email:  jkravec@stemberfeinstein.com

***ATTORNEYS FOR PLAINTIFF***



IT IS SO ORDERED
Judge Samuel Conti
7/1/10