Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
10680 West Pico Boulevard, Suite 280
Los Angeles, CA  90064
Tel:  (310) 836-6000
Fax:  (310) 836 6010
E-mail:  service@braunlawgroup.com

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
  LINDNER SPIELBERG
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA  90025
Tel:  (310) 392-8801
Fax:  (310) 278-5938
Email:  jlspielberg@jlslp.com

Joseph N. Kravec, Jr. (to be admitted *pro hac vice*)
STEMBER FEINSTEIN DOYLE
  PAYNE & CORDES, LLP
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219
Tel:  (412) 281-8400
Fax:  (412) 281-1007
Email:  jkravec@stemberfeinstein.com

*ATTORNEYS FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIDNEY SCHOLL,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION (receiver for and substituting for WASHINGTON MUTUAL BANK, FA., a/k/a Washington Mutual Bank), a Washington corporation); JERRY GILL; CHARLES BOWLING; MARK D. ROHDE; Mark IV APPRAISALS, INC., an Oklahoma Corporation; TURN-KEY APPRAISAL SERVICES, LLC, an Oklahoma limited Liability corporation; and ROHDE APPRAISAL SERVICES,<br><br>　　　　　　　Defendants. | **Civil Action Case No.  C08-03977 (SC)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND CLOSING OF CASE**<br><br>**Judge:  Hon. Samuel Conti** |

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  NOTICE IS HEREBY GIVEN, that Plaintiff hereby voluntarily dismisses, pursuant to

3  Fed.R.Civ.P. 41(a)(1)(A)(i), all claims against Defendants, Charles Bowling and Turn-Key Appraisal

4  Services, LLC, without prejudice; and

5  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby files this notice of dismissal before

6  Defendants, Charles Bowling and Turn-Key Appraisal Services, LLC have served either an answer or

7  a motion for summary judgment.

8  Defendant Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank,

9  FA, (a/k/a Washington Mutual Bank) was voluntarily dismissed with prejudice on July 2, 2010

10  (Document 56).

11  Defendants Jerry Gill, Mark D. Rohde and Mark IV Appraisals, Inc. were dismissed with

12  prejudice by Order of Court dated June 5, 2009 (Document 44).

13  With the filing of this Notice, all Defendants have been dismissed and this case should be

14  closed.

15  Dated: July 21, 2010                        By:  _____/s/_____
                                                      Michael D. Braun
16

17                                              BRAUN LAW GROUP, P.C.
                                                10680 West Pico Boulevard, Suite 280
18                                              Los Angeles, CA  90064
                                                Telephone:  (310) 836-6000
19                                              Facsimile:  (310) 836-6010
                                                Email:  service@braunlawgroup.com
20

21                                              Janet Lindner Spielberg (221926)
                                                LAW OFFICES OF JANET
22                                                LINDNER SPIELBERG
                                                12400 Wilshire Boulevard, Suite 400
23                                              Los Angeles, CA  90025
                                                Telephone:  (310) 392-8801
24                                              Facsimile:  (310) 278-5938
                                                Email:  jlspielberg@jlslp.com


IT IS SO ORDERED
Judge Samuel Conti

Joseph N. Kravec, Jr.
(to be admitted *pro hac vice*)
STEMBER FEINSTEIN DOYLE
   PAYNE & CORDES, LLP
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone:  (412) 281-8400
Facsimile:  (412) 281-1007
Email:  jkravec@stemberfeinstein.com

***ATTORNEYS FOR PLAINTIFF***